STATE OF MAINE
SOMERSET, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.: AP-04-001

MICHAEL CYR and
TINA WELLS,

        Petitioners

V.

**ORDER**

STATE OF MAINE DEPARTMENT
OF HUMAN SERVICES, BUREAU OF
FAMILY INDEPENDENCE

        Respondent

DONALD L. GARBRECHT
LAW LIBRARY

JUL 7 2004

Before this court is petitioner's 80(C) appeal challenging determinations made by the Department of Human Services. The petitioners appeared Pro Se and the Dale Denno, Esq. appeared on behalf of the Department of Human Services, State of Maine.

The petitioner's are challenging the determination that the petitioners committed intentional Food Stamp and TANIF program violations by failing to report certain earned income and by failing to report unemployment compensation. The decisions were issued on January 16, 2004, by a hearing officer after a single administrative hearing held on December 22, 2003. Following this final decision, this appeal was filed by the petitioners. This court finds that the hearing officer based his findings upon competent and substantial evidence in the record, made no errors of law, nor abused his discretion. Based upon the evidence produced at the hearing, the hearing officer properly found that both Michael Cyr and Tina Wells commited intentional program violations of the Food Stamps and TANIF programs. For this reason, the petitioner's appeal is hereby denied.

DATED:_____6-29-04_____

Joseph M. Jabar
Justice, Maine Superior Court